United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NUMBER |
| | § | |
| GREGORY HAMMOND D/B/A | § | B-03-203 |
| HAMMOND TRUCKING AND | § | |
| MELVIN JEAN COOK | § | |
| Defendants | § | |
| | § | |
| | § | |

## CERTIFICATE OF INTERESTED PARTIES

Comes now, Defendant, GREGORY HAMMOND D/B/A HAMMOND TRUCKING and pursuant to the Order for Conference and Disclosure of Interested Parties responds as follows:

I.

The undersigned counsel certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

SAMUEL ROBERTO LONGORIA, Plaintiff

c/o David A. Sanchez
    Law Office of Michael R. Cowen, P.C.
    520 E. Levee Street
    Brownsville, TX 78520
    Telephone (956) 541-4981
    Facsimile   (956) 504-3674
    Attorney for Plaintiff

1

GREGORY HAMMOND D/B/A HAMMOND TRUCKING , Defendant

c/o  Lynse S. Larance
SKAGGS & GONZALES, LLP
710 Laurel
McAllen, TX 78501
Telephone   (956) 687-8203
Facsimile    (956) 630-6570
Attorney for Defendant, Gregory Hammond

Other Interested Entities:
MELVIN JEAN COOK, Co-Defendant. To the best of Defendant's knowledge, this party has not yet been served.

                Respectfully submitted,

By: _____
      LYNSE S. LARANCE
      State Bar No.: 24032533
      Federal Bar No.:31319
      ATTORNEY FOR DEFENDANT
      GREGORY HAMMOND D/B/A HAMMOND TRUCKING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on Nov. 24, 2003, been forwarded to all counsel of record in the manner prescribed as follows:

David A. Sanchez
Law Office of Michael R. Cowen, P.C.
520 E. Levee Street
Brownsville, TX 78520
Via CM/RRR

LYNSE S. LARANCE