IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
NOV 2 5 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAMUEL R. LONGORIA, § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 03-CV-203 |
| § | (JURY REQUESTED) |
| MELVIN J. COOK & GREGORY § | |
| HAMMOND d.b.a. HAMMOND § | |
| TRUCKING, § | |
| Defendant. § | |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES PLAINTIFF SAMUEL R. LONGORIA, herein, and in accordance with the Local Rules for the United States District Court for the Southern District of Texas governing removal of civil actions, files this its Certificate of Interested Parties and would submit the following with the Court:

### DEFENDANTS

*Melvin Jean Cook*
*1075 Tiger Dr.*
*Goodview, Virginia 24095*

*Gregory Hammond d.b.a. Hammond Trucking*
*1916 Underhill Ave.*
*Roanoke, Virginia 24014*

### DEFENDANT'S COUNSEL

*Lynse Staton Larance*
*Skaggs & Gonzales L.L.P.*
*710 Laurel Ave.*
*McAllen, Texas 78501*

**PLAINTIFF**

*Samuel R. Longoria*
*1160 Sorento St.*
*Brownsville, Texas 78520*

**PLAINTIFF'S COUNSEL**

*Mr. David A. Sanchez*
*Law Offices of Michael R. Cowen*
*520 E. Levee Street*
*Brownsville, Texas 78520*
*(956) 541-4981*
*(956) 504-3674*

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _____
David A. Sanchez
Federal ID No.: 25271
State Bar No: 24013451

**CERTIFICATE OF SERVICE**

I, David A. Sanchez, hereby certify that I sent a copy of this document to opposing counsel on this the **25** day of November, 2003, by facsimile and regular U.S. mail.

Mr. Lynse S. Larance
Skaggs & Gonzales L.L.P.
710 Laurel
McAllen, Texas 78501

_____
David A. Sanchez