United States District Court
Southern District of Texas
FILED

NOV 2 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL R. LONGORIA | § § | |
| VS. | § § | CIVIL ACTION NO. 03-CV-203 (JURY REQUESTED) |
| MELVIN J. COOK & GREGORY HAMMOND d.b.a. HAMMOND TRUCKING | § § § | |

**PLAINTIFF, SAMUEL R. LONGORIA'S DEMAND FOR JURY TRIAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES PLAINTIFF SAMUEL R. LONGORIA, herein, and asserts his rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Respectfully submitted,

**MICHAEL R. COWEN, P.C.**
520 E. Levee Street
Brownsville, Texas 78520
Telephone (956) 541-4981
Facsimile (956) 504-3674

By: _/s/ David Sanchez_
David A. Sanchez
Federal ID No.: 25271
State Bar No: 24013451

## CERTIFICATE OF SERVICE

      I, David A. Sanchez, hereby certify that I sent a copy of this document to opposing counsel on this the __25__ day of November, 2003, by facsimile and regular U.S. mail.

Mr. Lynse S. Larance
Skaggs & Gonzales L.L.P.
710 Laurel
McAllen, Texas 78501

_____
David A. Sanchez