UNITED STATES DISTRICT COURT ★ SOUTHERN DISTRICT OF TEXAS

Samuel Roberto Longoria           §

versus                            §     Civil Action No. B- 03-203

Gregory Hammond                   §

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| X _____ Nancy Lynse Lavance | Gregory Hammond | 1/20/04 |
| _____ David Sanchez | Samuel Longoria | 1/20/04 |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge **Felix Recio** to conduct all further proceedings, including final judgment.

1/20/2004                              _____
Date                                   United States District Judge

**NOTE**: *RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.*