UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | * | |
| vs | * | CIVIL ACTION NO. B-03-203 (636(c)) |
| GREGORY HAMMOND, D/B/A HAMMOND TRUCKING, ET AL | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

**February 12, 2004, at 2:00 p.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520
956/548-2701

**BY ORDER OF THE COURT**

January 26, 2004

cc:   All Counsel