Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

FEB 1 2 2004

Michael N. Milby
Clerk of Court

Law Clerk:     Michael Knisely

Date:          February 12, 2004, 2:00 p.m.

---

C. A. NO. B-03-203 (636(c))

---

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | * | David A Sanchez |
| VS | * | |
| GREGORY HAMMOND | * | Lynse S. Larance |
| d/b/a HAMMOND TRUCKING and | | |
| | | |
| MELVIN JEAN COOK | * | |

---

INITIAL PRETRIAL & SCHEDULING CONFERENCE

Attorneys Sanchez and Larance appeared.

Plaintiff's counsel informed the Court that he anticipates serving Defendant Cook with two months.

The parties agreed to the docket dates. A scheduling order will be issued.