UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | * | |
| | * | |
| VS | * | C.A. NO. B03-203 |
| | * | (636(c)) |
| GREGORY HAMMOND, ET AL | * | |

### RULE 16, F.R.C.P. SCHEDULING ORDER

The following schedule will control the disposition of this case unless objection to the proposed schedule is filed with the Clerk of the court no later than 14 days following the date of this Order. A copy of any such objections must be sent to my Chambers. All prior discovery deadlines, if any, are superseded by this Order.

1. August 30, 2004      **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a showing of express need and that good cause exists.

2. August 15, 2004      **MOTIONS FOR EXTENSION OF TIME** to complete discovery must be filed by this date.

3. June 01, 2004        **AMENDMENT OF PLEADINGS** must be accomplished by this date.

4. May 30, 2004         **PLAINTIFFS' EXPERT DISCLOSURES** shall be made by this date, with defendants' expert disclosures to follow thirty days thereafter. See Fed.R.Civ.P. 26(a)(2).

5. June 30, 2004        **DEFENDANTS' EXPERT DISCLOSURE** shall be made by this date.

6. June 01, 2004        **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will deliver a copy of this Scheduling Order to all newly joined parties.

7. September 10, 2004   **MOTION DEADLINE**: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

8.  <u>September 15, 2004</u>    **MOTIONS HEARING**: A hearing to address any pending motions, including dispositive motions, will be held this date at 2:00 p.m. in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference, the parties may request by an agreed motion that this setting be canceled.

9.  <u>September 15, 2004</u>    **A JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in Appendix B of the Local Rules of the Southern District of Texas with motions in limine.

10. <u>October 5, 2004</u>    **A FINAL PRETRIAL CONFERENCE** is set on this date at 2:00 p.m., before Judge Felix Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

10. <u>October 7, 2004</u>    **JURY SELECTION** is set on this date at 9:00 a.m., before Judge Recio, in the 2nd Floor, Courtroom No. 1, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

**JURY TRIAL date** will be set at the time of jury selection.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it helps insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify the Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of record for the parties.

DONE at Brownsville, Texas, on <u>12th</u> day of <u>February</u> 2003.

Felix Recio
United States Magistrate Judge