IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| | § | |
| V. | § | Civil Action No. 03-CV-203 |
| | § | (JURY REQUESTED) |
| GREGORY HAMMOND, D/B/A | § | |
| HAMMOND TRUCKING, AND | § | |
| MELVIN JEAN COOK | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

The following document was served on counsel for Defendant, **GREGORY HAMMOND, D/B/A HAMMOND TRUCKING**, on the ___7th___ day of April, 2004:

1) Plaintiff's Objections, Answers and Responses to Defendant, Gregory Hammond, d/b/a Hammond Trucking's Request for Interrogatories and Request for Production.

Respectfully submitted,

COWEN & BODDEN
520 E. Levee Street
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:   (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
S.D. Tex. I.D. 19967
Conrad Bodden
Texas Bar No. 00796220
S.D. Tex. I.D. 21003
David A. Sanchez
Texas Bar No. 24013451
S. D. Tex I.D. No. 25271
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the ____7th____ day of April, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

**CMRRR#7002-0860-0001-1956-6962**
Lynse S. Larance
SKAGGS & GONZALES, L.L.P.
P. O. Drawer 2285
710 Laurel
McAllen, TX 78502-2285

David A. Sanchez