IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SAMUEL ROBERTO LONGORIA | § |
| | § |
| V. | § CIVIL ACTION NO. B-03-203 |
| | § |
| GREGORY HAMMOND, D/B/A | § |
| HAMMOND TRUCKING, AND | § |
| MELVIN JEAN COOK | § |

**PLAINTIFF'S MEMORANDUM IN SUPPORT
OF MOTION TO ENLARGE TIME TO SERVE DEFENDANT**

Plaintiff asks the court to grant him additional time to serve defendant with a summons and complaint, as authorized by Federal Rule of Civil Procedure 4(m).

A. Introduction

1. Plaintiff is Samuel Roberto Longoria; defendant is Gregory Hammond, D/B/A Hammond Trucking, and Melvin Jean Cook.

2. Plaintiff sued defendant for personal injuries sustained in a motor vehicle accident. Defendant Melvin Jean Cook has not yet been served.

3. Plaintiff was diligent in attempting to locate and serve defendant. Plaintiff obtained the services of Professional Civil Process in Brownsville, Texas who attempted both service in person and by certified mail. Furthermore, Plaintiff attempted service by serving the Chairman of the Texas Transportation Commission as authorized by the Texas Rules of Civil Procedure. Please see attached exhibits "A" and "B." All of the previous efforts were unsuccessful.

B. Argument

4. The court should grant a request for additional time to serve defendant on a showing of good cause. Fed. R. Civ. P. 4 (m) ; see Espinoza v. U.S., 52 F.3d 838, 840-41 (10th Cir. 1995). If the court determines that good cause does not exist, the court may enlarge the time to serve defendant on a showing that the relief is justified. See Henderson v. U. S. , 517 U.S. 654, 662 , 116 S. Ct. 1638, 1643 (1996).

5. Plaintiff asks the court to grant him additional time to serve defendant because justice so requires. Defendant Cook is a truck driver and is not always easily found at his residence because his employment keeps him on the road.

6. If the court grants plaintiff's request for 90 additional days, the extension will enable plaintiff to serve defendant and will not inconvenience the court, any party, or any witness. See Fowler v. Jones, 899 F. 2d 1088, 1094 (11th Cir. 1990).

7. If plaintiff does not receive additional time, he will suffer harm because insufficient discovery will have a negative impact on plaintiff's case.

## C. Conclusion

8. Attempts were made at serving the defendant both in peroson and by certified mail as well as by serving the Chairman of the Texas Transportation Comission. Plaintiff has also filed a motion for substituted service by publication along with this motion. For these reasons, plaintiff asks the court to grant the extension of an additional 90 days so he may serve defendant, Melvin Jean Cook.

Respectfully submitted,

Law Offices of Cowen & Bodden

By: _____
David A. Sanchez
Federal Bar No. 25271
Texas Bar No. 24013451
520 E. Levee Street
Brownsville, Texas 78520
Tel. (956)541-4981
Fax. (956)504-3674
Attorney in Charge for Plaintiff
Samuel Roberto Longoria

## CERTIFICATE OF CONFERENCE

I certify that on April 8, 2004, I conferred with Lynse Larance, counsel for Defendant Gregory Hammond d/b/a Hammond Trucking, and she does oppose Plaintiff's Motion to enlarge time to serve Defendant Melvin Jean Cook.

_____
David A. Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of April, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

**CMRRR#7002-0860-0001-1956-7075**
Lynse S. Larance
SKAGGS & GONZALES, L.L.P.
P. O. Drawer 2285
710 Laurel
McAllen, TX 78502-2285

_____
David A. Sanchez

# "EXHIBIT A"

ORIGINAL

**DECLARATION OF NOT FOUND**
**(DUE AND DILIGENT SEARCH)**

CASE# 2003104911G         Court # 404         FGN/CSE#

SAMUEL ROBERTO LONGORIA

VS.

GREGORY HAMMOND, D/B/A HAMMOND TRUCKING AND MELVIN JEAN COOK

   I, **Eddie M Gonzalez**   , on the following dates, was over the age of 18 years; and was not a party to this action.

I, received a PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND,
         INTERROGATORIES, PRODUCTION, DISCLOSURE TO
         MELVIN JEAN COOK
on, October 10, 2003. at 09:00:00 in Cause No. 2003104911G

And that after due and diligent effort listed below I have been unable to effect personal service upon: **Cook, Melvin Jean**

| DATE | TIME | ADDRESS / REASON FOR NON-SERVICE | PCP Ref# R10030099 |
|---|---|---|---|
| 10/10/2003 | 9:00 AM | 1075 Tiger Drive Goodview VA 24095 | |
| | | ON OCT. 10, 2003 SENT CITATION BY CERTIFIED MAIL TO 1075 TIGER DRIVE GOODVIEW, VIRGINIA 24095. | |
| 11/21/2003 | 14:00 PM | 1075 Tiger Drive Goodview VA 24095 | |
| | | RECEIVED CITATION BACK BY U.S. POSTAL SERVICE WITH NOTATION UNCLAIMED AT GIVEN ADDRESS. | |

I, declare under penalty that the foregoing is true and correct.

Eddie M Gonzalez
OR/I.D. # _____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on the ____ day of _____ 2003.

Service Fee $ _____

Notary Public

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

Client : Cowen, Michael R., Mr.
Fax #  : (956) 504-3674

FAXED

# "EXHIBIT B"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-203 |
| | § | |
| GREGORY HAMMOND D/B/A HAMMOND TRUCKING AND MELVIN JEAN COOK | § | |

# CERTIFICATE OF INABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ric Williamson, Chair of the Texas Transportation Commission and Certifies to the court as follows:

That on February 17, 2004, I was duly served with summons, copy of Defendant's Notice of Removal, Plaintiff's Original Petition and Jury Demand, and Exhibits A - D in the above styled and numbered cause, which I immediately caused to be forwarded by U.S. Certified Mail, certified number 7002 2030 0003 5490 4940, addressed to Melvin J. Cook, 1075 Tiger Drive, Goodview, Virginia 24095, with postage prepaid, with return receipt requested;

That on March 10, 2004, the certified letter was returned to me by the U.S. Postal Service showing that it was not delivered to the address for reason noted thereon;

That the letter with summons and petition as mailed to the named defendant is attached hereto and made a part hereof.

In witness whereof this certificate is issued in Austin, Texas this 10th day of March, 2004.

_____
Chair, Texas Transportation Commission

# Texas Department of Transportation

DEWITT C. GREER STATE HIGHWAY BLDG. • 125 E. 11TH STREET • AUSTIN, TEXAS 78701-2483 • (512) 463-8585

March 10, 2004

        Refer to:
        OGC No. 35630
        Cause No. 03-CV-203
        Division Brownsville
        Plaintiff Samuel Roberto Longoria
        Defendant Melvin J. Cook

David A. Sanchez
Attorney at Law
520 East Levee Street
Brownsville, Texas 78520

We have received results from the U.S. Postal Service regarding the service of summons and plaintiff's complaint to the above named defendant.

You have previously remitted the $25.00 fee per certificate, and the statutory Certificate of Inability is enclosed.

        OFFICE OF GENERAL COUNSEL
        (512) 463-8630

/kk

Enclosures

*An Equal Opportunity Employer*

RECEIVED BY
MAR 1 0 2004
GENERAL COUNSEL

RETURN RECEIPT REQUESTED

35630
MELVIN J COOK
1075 TIGER DR
GOODVIEW VA 24095

**RTS** — RETURN TO SENDER

RETURN RECEIPT REQUESTED

A ☐ INSUFFICIENT ADDRESS   ☐ OTHER
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

Markings checked on returned envelope:
☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☒ Moved, Left No Address
☐ Unclaimed  ☐ Refused
☐ Attempted Not Known
☐ No Such Street/ Number
☐ Vacant  ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A ☐ INSUFFICIENT ADDRESS   ☐ OTHER
☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

**RTS** — RETURN TO SENDER

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7002 2030 0003 5490 4940

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0885