IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA<br>Plaintiff, | § § § | |
| V. | § § | CIVIL ACTION NO. B-03-203 |
| GREGORY HAMMOND D.B.A.<br>HAMMOND TRUCKING AND<br>MELVIN JEAN COOK<br>Defendants. | § § § | |

## MOTION FOR OTHER SUBSTITUTED SERVICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff, Samuel Roberto Longoria, as Movant herein, and brings this Motion for Other Substituted Service, pursuant to Federal Rule of Civil Procedure 4(e)(1) and (Tex. R. Civ. P. 109a, and in support thereof, shows the court the following:

I.

Attached is the affidavit of David A. Sanchez, stating facts proving that service of citation by publication on Defendant Melvin Jean Cook, is authorized.

II.

A method of service as likely as publication to give Defendant Melvin Jean Cook actual notice is service by publication in the local newspaper in Goodview, Virginia.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays the Court grants this Motion for Other Substituted Service, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

Law Offices of Cowen & Bodden

By: /s/ David Sanchez
David A. Sanchez
Federal Bar No. 25271
Texas Bar No. 24013451
520 E. Levee Street
Brownsville, Texas 78520
Tel. (956)541-4981
Fax. (956)504-3674
Attorney in Charge for Plaintiff
Samuel Roberto Longoria

## CERTIFICATE OF CONFERENCE

I certify that on April 8, 2004, I conferred with Lynse Larance, counsel for Defendant Gregory Hammond d/b/a Hammond Trucking, and she does oppose Plaintiff's Motion for Substituted Service by Publication.

_____
David A. Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of April, 2004, a true and correct copy of the above and foregoing document was sent to opposing counsel in the manner indicated below:

**CMRRR#7002-0860-0001-1956-7075**
Lynse S. Larance
SKAGGS & GONZALES, L.L.P.
P. O. Drawer 2285
710 Laurel
McAllen, TX 78502-2285

_____
David A. Sanchez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAMUEL ROBERTO LONGORIA<br>Plaintiff, | §<br>§<br>§ |
| V. | §   CIVIL ACTION NO. B-03-203<br>§ |
| GREGORY HAMMOND D.B.A.<br>HAMMOND TRUCKING AND<br>MELVIN JEAN COOK<br>Defendants. | §<br>§<br>§<br>§ |

**AFFIDAVIT IN SUPPORT
OF OTHER SUBSTITUTED SERVICE**

BEFORE ME, the undersigned authority, on this day personally appeared David A. Sanchez, to me well known and who, by me duly sworn, made the following statements and swore that they were true:

"My name is David A. Sanchez. I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts herein stated.

"I am the Plaintiff's attorney in the above-entitled and -numbered cause.

"Defendant, Melvin Jean Cook, is a transient person. I have exercised due diligence in attempting to locate the whereabouts of Melvin Jean Cook and have been unable to do so."

"I have contracted the services of Professional Civil Process Service, in Brownsville, Texas to attempt service on the defendant both in person and by certified mail. I have also attempted serving the defendant, Melvin Jean Cook, by serving the Chairman of the Texas Transportation Comission. All efforts have failed. Please see attached exhibits "A" and "B".

SIGNED on _April 8_, 2004.

_____
David A. Sanchez
Attorney for Plaintiff

**SUBSCRIBED AND SWORN TO BEFORE ME** on _April 8ickH_, by _Cean Garcia_.

CEAN GARCIA
Notary Public, State of Texas
My Commission Expires
August 27, 2006

_____
Notary Public, State of Texas

# "EXHIBIT A"

ORIGINAL

DECLARATION OF NOT FOUND
(DUE AND DILIGENT SEARCH)

CASE# 2003104911G           Court # 404              FGN/CSE#

SAMUEL ROBERTO LONGORIA

VS.

GREGORY HAMMOND, D/B/A HAMMOND TRUCKING AND MELVIN JEAN COOK

I, **Eddie M Gonzalez**, on the following dates, was over the age of 18 years; and was not a party to this action.

I, received a PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND,
            INTERROGATORIES, PRODUCTION, DISCLOSURE TO
            MELVIN JEAN COOK
on, October 10, 2003. at 09:00:00 in Cause No. 2003104911G

And that after due and diligent effort listed below I have been unable to effect personal service upon: **Cook, Melvin Jean**

| DATE | TIME | ADDRESS / REASON FOR NON-SERVICE | PCP Ref# R10010099 |
|---|---|---|---|
| 10/10/2003 | 9:00 AM | 1075 Tiger Drive Goodview VA 24095 | |
| | | ON OCT. 10, 2003 SENT CITATION BY CERTIFIED MAIL TO 1075 TIGER DRIVE GOODVIEW, VIRGINIA 24095. | |
| 11/21/2003 | 14:00 PM | 1075 Tiger Drive Goodview VA 24095 | |
| | | RECEIVED CITATION BACK BY U.S. POSTAL SERVICE WITH NOTATION UNCLAIMED AT GIVEN ADDRESS. | |

I, declare under penalty that the foregoing is true and correct.

Eddie M Gonzalez
OR/I.D. #_____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public on the 21 day of _____ 2003.

Notary Public

Service Fee $_____

Client : Cowen, Michael R., Mr.
Fax #  : (956) 504-3674

JUANITA G. SALDIVAR
MY COMMISSION EXPIRES
February 02, 2005

FAXED
11/21/03

# "EXHIBIT B"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § § § § | |
| VS. | § § | CIVIL ACTION NO. 03-CV-203 |
| GREGORY HAMMOND D/B/A HAMMOND TRUCKING AND MELVIN JEAN COOK | § § § | |

# CERTIFICATE OF INABILITY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ric Williamson, Chair of the Texas Transportation Commission and Certifies to the court as follows:

That on February 17, 2004, I was duly served with summons, copy of Defendant's Notice of Removal, Plaintiff's Original Petition and Jury Demand, and Exhibits A - D in the above styled and numbered cause, which I immediately caused to be forwarded by U.S. Certified Mail, certified number 7002 2030 0003 5490 4940, addressed to Melvin J. Cook, 1075 Tiger Drive, Goodview, Virginia 24095, with postage prepaid, with return receipt requested;

That on March 10, 2004, the certified letter was returned to me by the U.S. Postal Service showing that it was not delivered to the address for reason noted thereon;

That the letter with summons and petition as mailed to the named defendant is attached hereto and made a part hereof.

In witness whereof this certificate is issued in Austin, Texas this 10th day of March, 2004.

_____
Chair, Texas Transportation Commission

# Texas Department of Transportation

DEWITT C. GREER STATE HIGHWAY BLDG. • 125 E. 11TH STREET • AUSTIN, TEXAS 78701-2483 • (512) 463-8585

March 10, 2004

Refer to:
OGC No. 35630
Cause No. 03-CV-203
Division Brownsville
Plaintiff Samuel Roberto Longoria
Defendant Melvin J. Cook

David A. Sanchez
Attorney at Law
520 East Levee Street
Brownsville, Texas 78520

We have received results from the U.S. Postal Service regarding the service of summons and plaintiff's complaint to the above named defendant.

You have previously remitted the $25.00 fee per certificate, and the statutory Certificate of Inability is enclosed.

OFFICE OF GENERAL COUNSEL
(512) 463-8630

/kk

Enclosures

*An Equal Opportunity Employer*

RECEIVED BY
MAR 1 0 2004
GENERAL COUNSEL

RETURN RECEIPT REQUESTED

35630
MELVIN J COOK
1075 TIGER DR
GOODVIEW VA 24095

**RTS** RETURN TO SENDER

RETURN RECEIPT REQUESTED   ☐ OTHER

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☒ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted - Not Known
☐ No Such Street ☐ Number
☐ Vacant ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed - No Order
☐ Returned For Better Address
☐ Postage Due

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN   ☐ OTHER
C ☐ NO SUCH NUMBER/ STREET
S ☐ NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD

**RTS** RETURN TO SENDER

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7002 2030 0003 5490 4940

PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985