IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

APR 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-203 |
| GREGORY HAMMOND D/B/A | § | |
| HAMMOND TRUCKING AND | § | (Jury Requested) |
| MELVIN JEAN COOK | § | |
| Defendants | § | |
| | § | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANT MELVIN JEAN COOK AND TO SERVE BY SUBSTITUTE SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Gregory Hammond d/b/a Hammond Trucking and files this Response to Plaintiff's Motion to Extend Time to Serve Defendant Melvin Jean Cook and to Serve by Substitute Service and would respectfully show unto the court as follows:

I.

Plaintiff filed its claim in state court on October 2, 2003 Defendant Gregory Hammond removed this case to federal court on November 7, 2003. This case is currently set for jury selection on October 7, 2004.

II.

Plaintiff has had an adequate opportunity to serve Defendant Melvin Jean Cook but has failed to promptly serve him. Plaintiff has not used diligence in attempting service on Defendant

Melvin Jean Cook. Defendant Hammond would be disadvantaged in trying to prepare for a prompt trial setting with Defendant Cook. If Plaintiff has had difficulty locating Defendant Cook, there are no guarantees that Defendant Hammond will be able to do so before the time of trial. This puts an undue disadvantage upon Defendant Hammond.

III.

Defendant opposes Plaintiff's Motion to Serve the Defendant Melvin Jean Cook by substitute service, because there are no reliable guarantees that Mr. Cook lives in the county where Plaintiff intends to serve him. It is doubtful that Mr. Cook, a truck driver, would ever receive notice of the lawsuit based upon publication.

WHEREFORE PREMISES CONSIDERED, Defendant Hammond requests that Plaintiff's Motion to Extend Time be denied. Defendant further requests such specific and general relief, both at law and equity, to which it may show itself justly entitled.

Respectfully submitted,

SKAGGS & GONZALES, L.L.P.
710 Laurel
McAllen, TX 78501
(956) 687-8203 — Telephone
(956) 630-6570 — Telecopier

LYNSE S. LARANCE
Texas State Bar No. 24032533
Federal Bar No. 31319
ATTORNEY FOR DEFENDANT
GREGORY HAMMOND D/B/A HAMMOND TRUCKING

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been duly served upon all counsel of record, by Certified Mail, Return Receipt Requested and/or facsimile transmittal and/or hand delivery on this the 28th day of April, 2004:

David Sanchez
520 E. Levee Street
Brownsville, Texas 78520

LYNSE S. LARANCE