United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NUMBER |
| | § | |
| GREGORY HAMMOND D/B/A | § | B-03-203 |
| HAMMOND TRUCKING AND MELVIN | § | |
| JEAN COOK | § | |
|     Defendants | § | |

## DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GREGORY HAMMOND D/B/A HAMMOND TRUCKING , Defendant in the above-entitled and numbered cause and respectfully move to file GREGORY HAMMOND D/B/A HAMMOND TRUCKING 'S AMENDED ANSWER to Plaintiff's Original Petition and would respectfully show to the Court:

I.

Defendant respectfully requests leave to file Defendant GREGORY HAMMOND D/B/A HAMMOND TRUCKING 'S AMENDED ANSWER so that he may assert affirmative defenses. The Court allowing Defendant to amend his answer as stated herein will not delay the litigation of this case. Defendant GREGORY HAMMOND D/B/A HAMMOND TRUCKING timely filed his amended answer on May 28, 2004, prior to the June 1, 2004 deadline to amend pleadings imposed by the Court. However, the District Clerk marked received and not filed on the

pleading. Therefore, Defendant GREGORY HAMMOND D/B/A HAMMOND TRUCKING requests leave to filed his AMENDED ANSWER in an abundance of caution.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that

1) The Court grant this motion and give it leave to file GREGORY HAMMOND D/B/A HAMMOND TRUCKING 'S AMENDED ANSWER for the reason stated hereinabove.

2) GREGORY HAMMOND D/B/A HAMMOND TRUCKING'S AMENDED ANSWER be filed of record with the District Clerk at the time the Motion for Leave is granted. A true and correct copy of GREGORY HAMMOND D/B/A HAMMOND TRUCKING's AMENDED ANSWER to be filed is attached as Exhibit A and incorporated by reference as if fully setforth at length.

3) Defendant requests such other specific and general relief, both at law and in equity, to which he may show himself justly entitled.

                                                Respectfully Submitted,
                                                SKAGGS & GONZALES, L.L.P.
                                                P.O. Drawer 2285
                                                710 Laurel
                                                McAllen, Texas 78502-2285
                                                Phone (956) 687-8203
                                                Fax   (956) 630-6570

                                                LYNSE S. LARANCE
                                                State Bar No. 24032533
                                                Federal I.D. NO. 31319
                                                ATTORNEY FOR DEFENDANT
                                                Gregory Hammond d/b/a Hammond Trucking's
                                                Amended Answer

## CERTIFICATE OF CONFERENCE

I certify that I attempted to speak with David Sanchez on June 1, 2004 regarding Defendant's Motion for Leave to File Gregory Hammond d/b/a Hammond Trucking's Amended Answer, and he could not be reached.

*/s/ Lynse S. Larance*
Lynse S. Larance

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been either delivered or mailed to the following attorneys of record, or parties on this the 1st day of June, 2004:

David A. Sanchez
Michael R. Cowen
Cowen & Bodden, P.C.
520 E. Levee Street
Brownsville, TX 78520
(VIA CMRRR)

*/s/ Lynse S. Larance*
Lynse S. Larance

3

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NUMBER |
| | § | |
| GREGORY HAMMOND D/B/A | § | B-03-203 |
| HAMMOND TRUCKING AND | § | |
| MELVIN JEAN COOK | § | |
| Defendants | § | |
| | § | |
| | § | |

**DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING'S AMENDED ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, and DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING and files this his Defendant's Amended Answer and respectfully shows the court as follows:

I.

1. Defendant admits paragraph I of Plaintiffs' Original Petition.

2. Defendant admits paragraph II of Plaintiffs' Original Petition.

3. Defendant admits paragraph III of Plaintiffs' Original Petition as to Plaintiff and Defendant Hammond, but does not have sufficient knowledge to admit or deny where Defendant Cook may be served with process.

4. Defendant specifically denies paragraph IV of Plaintiffs' Original Petition.

5. Defendant specifically denies paragraph V of Plaintiffs' Original Petition.

Exhibit A

6. Defendant admits paragraph VI of Plaintiffs' Original Petition.

II.

1. Plaintiff was negligent on the occasion in question, and such negligence was the proximate cause of any damages of the Plaintiff as set forth in his pleadings.

III.

1. The Defendant would further show that any and all of Plaintiff's damages were not the result of any negligence of the Defendant.

IV.

1. The occurrence in question, and any injuries or damages sustained by Plaintiff as alleged in his pleadings were proximately caused by the negligence of persons or entities other than the Defendant. Such negligence was the sole proximate cause, or alternatively, constituted a new and independent cause of such injuries and damages.

V.

1. The incident in question and resulting injuries and damages, if any, were not due to the negligence of any party to this lawsuit, and as such, the events described in Plaintiffs' pleadings constitute an unavoidable accident.

VI.

1. In the event of a determination under any statutory or common law principle that Defendant is vicariously liable or in any other means liable for the actions of Melvin Cook, Defendant asserts that during the occurrence in question, Melvin Cook was confronted with a sudden emergency arising suddenly and unexpectedly, which was not proximately caused by any negligence on his part and which, to a reasonable person,

required immediate action without time for deliberation. Melvin Cook acted as a person of ordinary prudence would have acted under the same or similar circumstances.

## VII.

1. Plaintiff has failed to mitigate his own damages, if any.

## VIII.

1. Any exemplary or punitive damages requested in Plaintiff's pleadings are prohibited under the Articles of the United States Constitution, and under the Articles of the Constitution of the State of Texas.

## IX. Prayer

WHEREFORE, PREMISES CONSIDERED, DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING, respectfully requests judgment of the court as follows:

1. That the court render a take-nothing judgment against the Plaintiff.

2. That DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING recover judgment against Plaintiff for attorney's fees.

3. That DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING recover all costs together with such other and further specific and general relief, both at law and equity, to which DEFENDANT GREGORY HAMMOND D/B/A HAMMOND TRUCKING may be justly entitled.

Respectfully submitted,

SKAGGS & GONZALES, L.L.P.
710 Laurel
McAllen, Texas 78501
(956) 687-8203 Telephone
(956) 630-6570 Facsimile

By: /s/ Lynse Larance

LYNSE S. LARANCE
State Bar No. 24032533
ATTORNEY FOR DEFENDANT
GREGORY HAMMOND D/B/A HAMMOND TRUCKING

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Amended Answer has on the 28th day of May, 2004, been forwarded to all counsel of record in the manner prescribed as follows:

David A. Sanchez
Michael R. Cowen
Cowen & Bodden, P.C.
520 E. Levee Street
Brownsville, TX 78520
(VIA CMRRR)

/s/ Lynse Larance
LYNSE S. LARANCE