UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
|     Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-203 |
| | § | (636(c)) |
| GREGORY HAMMOND d/b/a | § | |
| HAMMOND TRUCKING | § | |
| and | § | |
| MELVIN JEAN COOK | § | |
|     Defendants. | § | |

## ORDER

Defendant Hammond has filed a Motion for Leave to File an Amended Answer (Docket No. 17) in the above-referenced civil cause of action. As Defendant Hammond states in his motion, he is seeking leave only to be certain that his Amended Answer (Docket No. 16) was filed before the deadline for amended pleadings set out in the scheduling order for this case (Docket No. 10). The Court would like to take this opportunity to clarify that Defendant Hammond's Amended Answer (Docket No. 16) was filed prior to the June 1st deadline. In other words, the official docket sheet and case file reflect that the Amended Answer was filed on May 28, 2004. Accordingly, no leave is necessary to file the Amended Answer. Thus, the Defendant's Motion for Leave (Docket No. 17) is hereby MOOTED. Because Docket Number 17 is MOOT, the District Clerk's Office is hereby ORDERED to let the docket sheet reflect that said motion is no longer pending.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 9th _____ day of June, 2004.

_____
Felix Recio
United States Magistrate Judge