IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA<br>Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-203 |
| GREGORY HAMMOND D/B/A<br>HAMMOND TRUCKING AND<br>MELVIN JEAN COOK<br>Defendants | § § § § § | (Jury Requested) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS

COMES NOW, Defendant, Gregory Hammond d/b/a Hammond Trucking and files this his Motion for Extension of Time to Designate Experts and would show unto the court the following:

I.

1. This motion is being filed promptly prior to the expiration of the deadline. Defendants also request a hearing on the motion as soon as possible.

2. Defendants promptly requested the full medical records of the Plaintiff. Plaintiff provided medical records to the Defendant by means of a medical authorization. Defendant only began receiving any of Plaintiff's medical records in the month of June. Defendant did not receive the medical records of one of the Plaintiff's treating physicians until Friday, June 18, 2004. There are other medical records of the Plaintiff which still have not been received. Defendants need additional time to determine if a defense expert will be needed to respond to the claimed injuries of the Plaintiff.

3. Defendant has waited to take the Plaintiff' deposition until the Plaintiff's medical records were received. Therefore, Defendant has not yet had the opportunity to depose the Plaintiff.

4. Based on this information, Defendant cannot reasonably designate experts to review or refute experts' designated by Plaintiff as to Plaintiff's claimed injuries or damages. Defendant has not had time for experts to review the incomplete information. As such, Defendants request a 30 day

1

extension after the receipt of all medical records to designate experts regarding Plaintiff's alleged injuries and damages.

5.  Moreover, an extension of time is needed to determine if an accident reconstructionist is needed. Plaintiff has not designated such a person. However, should Plaintiff do so, Defendant will need additional time to review such information and refute the information, if necessary, with his own expert.

6.  In addition, Plaintiff is making a claim for lost wages. Defendant anticipates needing an expert to refute Plaintiff's claim. At this time, Defendant has not received any documents from Plaintiff which support his claim for lost wages. Defendant requests an additional 30 days after Plaintiff produces documents relating to lost wages to designate an expert to testify as to lost wages.

7.  Finally, Plaintiff has designated a trucking expert. Defendant has given Plaintiff an extension to produce the expert's report. Defendant will not know if it needs a trucking expert to refute the Plaintiff's trucking expert until it has an opportunity to review the report of Plaintiff's expert. As such, Defendants request a 30 day extension to designate trucking experts.

II.

Wherefore, Premises Considered, Defendants pray that the court grant the relief requested above. Defendants also pray for general relief.

Respectfully submitted,

LYNSE S. LARANCE
Federal Bar No. 31319
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78501
(956) 687-8203 Telephone
(956) 630-6570 Facsimile
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 29 day of June, 2004:

David Sanchez
520 E. Levee Street
Brownsville, Texas 78520
CM RRR

LYNSE S. LARANCE

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to confer with David Sanchez regarding this motion on June 25, 2004 and he was unavailable.

LYNSE S. LARANCE