

United States District Court
Southern District of Texas
FILED

JUN 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-03-203 |
| | § | |
| GREGORY HAMMOND, D/B/A | § | |
| HAMMOND TRUCKING, AND | § | |
| MELVIN JEAN COOK | § | |

### PLAINTIFF'S EXPERT DISCLOSURES

To: Defendant, Gregory Hammond, d/b/a/ Hammond Trucking, through its attorney of record, Lynse Larance, SKAGGS & GONZALEZ, L.L.P., 710 Laurel, McAllen, Texas 78501.

Plaintiff, Samuel Longoria, makes these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2) and order of the Court.

### A. Identity of Experts

1.  The following persons may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

    Mr. Donald L. Asa
    D&A Consultants, Inc.
    6125 East Indian School Road, Suite 2000
    Scottsdale, AZ 85251
    (602)277-1979
    Mr. Asa will testify with respect to the Defendant's negligence, the industry standard for truck drivers, the Federal Motor Carrier Regulations, driver qualification standards, logs and record keeping, and Defendant's violations of set standards. Mr. Asa's curriculum vitae is attached.

    Officer Jose S. Cavazos - ID# 391
    San Benito Police Department
    143 S. Reagan Street
    San Benito, TX 78586
    Police officer who investigated this incident and will testify regarding his investigation and his accident report.

    Dr. Enrique Trapp
    South Texas Hospital

1301 Rangerville Rd
Harlingen, TX 78552

B. N. Lakshmikanth, M.D.
315 Jose Marti Blvd.
Brownsville, TX 78520

Emergency Room Personnel
Doctors and Nurses
Valley Baptist Medical Center
P. O. Drawer 2588
Harlingen, TX 78520
956/389-1100

Dr. Luis Gonzalez-Leyton
Valley Doctors
394 Hwy 281
Brownsville, TX 78520
956/544-3226

Robert Wright, D.O.
Valley Baptist Medical Center
P. O. Drawer 2588
Harlingen, TX 78520
956/389-1100

These are Plaintiff's health care providers who may be called upon as potential expert witnesses to testify about diagnosis, treatment and prognosis of the Plaintiff including causation, damages and past and future incapacity and medical bills; and that such injuries were proximately caused by the incident in question.

2. For each expert, Plaintiff attaches the following:

   a.  A curriculum vitae, resume, or other listing of each expert's qualifications.

   b.  A listing of publications authored by the expert within the last ten years.

   c.  A list of all other cases in which the expert has testified as an expert at trial or by deposition within the last four years.

3. Each expert will be compensated as follows:

   a.  Donald Asa at a rate of $450.00 per hour.

4. The following will be supplemented as soon as discovery is produced from the defendants.

  a. A report prepared and signed by the expert in compliance with Rule 26(a)(2)(B).

  b. The data or other information considered in forming the opinions.

  c. A description of exhibits to be used as a summary or in support of those opinions.

         Respectfully submitted,

         COWEN & BODDEN

         */s/ David A. Sanchez*
         Michael R. Cowen
         S.D. Texas, Federal Id No.19967
         State Bar No. 00795306
         Conrad Bodden
         S.D. Texas, Federal Id No. 21003
         State Bar No. 00796220
         David A. Sanchez
         S.D. Texas, Federal Id No. 25271
         State Bar No. 24013451
         Daniel P. Whitworth
         S.D. Texas, Federal Id No. 23116
         State Bar No. 24008275
         520 E. Levee Street
         Brownsville, Texas 78520
         (956) 541-4981 Telephone
         (956) 504-3674 Facsimile

         **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on this 30th day of June, 2004, to the following counsel of record:

**Via Fax No.: 956-630-6570**
**& Regular Mail**
Lynse Larance
SKAGGS & GONZALEZ, L.L.P.
710 Laurel
McAllen, Texas 78501

*/s/ David A. Sanchez*
Michael R. Cowen
Conrad Bodden
David A. Sanchez
Daniel P. Whitworth



# D&A Consultants, Inc.
Truck Accident and Safety Consulting
## DONALD L. ASA
### Heavy Vehicle Specialist
### Motor Carrier Safety and Regulatory Compliance

**CURRENT EMPLOYMENT**

<u>D & A Consultants, Inc. April 2003 to Present</u>
Commercial vehicle accident investigator and reconstruction on some issues
Consultant on professional driving issues, truck driver actions, reactions, responsibilities, qualifications, training, compliance and safety
Motor carrier safety and regulatory compliance
Federal Motor Carrier Safety Regulations, Title 49
Operation and maintenance of tractor-trailer brake systems
Loading and unloading issues, and related heavy equipment

**PREVIOUS EMPLOYMENT**

<u>Ruhl Forensic, Inc., Phoenix, Arizona, 1995 - 2003</u>
Specialist in professional driving issues
Commercial vehicle accident investigator
Consultant on truck driver actions, reactions, responsibilities, qualifications, training, compliance and safety
Motor carrier safety and regulatory compliance
Federal Motor Carrier Safety Regulations, Title 49
Operation and maintenance of tractor-trailer brake systems

<u>D & A Consultants, Inc., Phoenix, Arizona, 1971 – Present</u> (Incorporated in 1983)
President, Chairman of the Board
Commercial vehicle accident investigator
Consultant on truck driver actions, reactions, responsibilities, qualifications, training, compliance and safety
Motor carrier safety and regulatory compliance
Federal Motor Carrier Safety Regulations, Title 49
Operation and maintenance of tractor-trailer brake systems

Donald L. Asa
D & A Consultants, Inc.
6125 East Indian School Road, Suite 2000
Scottsdale, Arizona 85251
dlasa@daconsultants.net

4/29/2004
(888) 277-1979 Toll Free
(480) 222-0676 Telephone
(602) 550-1040 Mobile
(480) 222-0680 Facsimile

<u>TrukSafe America, Inc., Phoenix, AZ, Founded in 1988</u>
Founder and Chairman of the Board
Safety lecturing for professional organizations in the areas of: truck accident investigation, truck accident reconstruction, driver instructor training, driving, and the trucking industry.
Forklift training in the areas of use, loading, and safety for Bashas' Markets, Inc.

Hughes Aircraft Company, Space and Strategic System Design, Integration Division, El Segundo, CA, 1988-1989

Owner and operator of truck companies and trucks at various times

<u>Western Produce Company, Bashas', Chandler, AZ, 1953 – Present</u>
Driver, instructor, safety supervisor, safety consultant

<u>SOS Big Rig Driver Training, Phoenix, AZ, 1968 – 1994</u>
Founder and President, Instructor

**EDUCATION**

High School, Redondo Beach, CA, G.E.D.
American Trucking Association, National Safety Council, Compliance/Safety Training
Compliance/Safety Training, seminars
Current study of related publications

**AVOCATIONS, INTERESTS**

Mechanically capable of rebuilding truck tractor and trailer systems
Owner/operator of various commercial vehicles, beginning in 1945
Pilot

**PUBLICATIONS**

Asa's Truck Safety Bulletins
Audio/Visual Training Programs on Truck Driving, Safety, Compliance
Handbook of Trucking and Truck Accidents
Introduction to Trucking
SOS Driver Training Manual

**PROFESSIONAL ASSOCIATIONS**

National Association of Professional Accident Reconstruction Specialists
Arizona Motor Transport Association
National Safety Council

**MILITARY**

California National Guard 1946 – 1950
Army Corps of Engineers, Korea, 1950 – 1952
Maritime Service, 1944 – 1945

Donald L. Asa                                           4/29/2004
D & A Consultants, Inc.                          (888) 277-1979 Toll Free
6125 East Indian School Road, Suite 2000         (480) 222-0676 Telephone
Scottsdale, Arizona 85251                         (602) 550-1040 Mobile
dlasa@daconsultants.net                          (480) 222-0680 Facsimile



TrukSafe America, Inc.
Training Materials for Accident Prevention
Audio/Video Tapes and Books
1-800-452-1458 info@truksafeamerica.com

## Publications by Donald L. Asa

| | |
|---|---:|
| Truck Safety in the Present System | 15.95 |
| Defensive Driving for Big Rigs | 12.95 |
| Asa's Safety Bulletins | 24.95 |
| The Professional Driver's Handbook-Volume 1 | 24.95 |
| The Professional Driver's Handbook-Volume 2 | 24.95 |
| Braking | 19.95 |
| Introduction to Trucking | 24.95 |
| Learning from Truck Accidents | 19.95 |
| The Professional Driver Instructor Handbook-Volume 1 | 19.95 |
| The Professional Driver Instructor Handbook-Volume 2 | 19.95 |

## VHS Video Tapes

(S) Spanish Available     (A) Audio Cassette Available

| | |
|---|---:|
| This is TruckSafe America (S) (A) | Free |
| Protecting the Company Before the Accident | 15.00 |
| Truck Air Brakes (S) | 15.00 |
| Pre-Trip Inspection (S) (A) | 15.00 |
| Sucker Plays | 15.00 |
| Blind Spots (S) | 15.00 |
| Driver's View of FMCSR 392.21 and 392.2, Stopped Vehicles and Emergency Systems (S) | 15.00 |
| 392.14 Hazardous Conditions (S) (A) | 15.00 |
| 392.32 Upper & Lower Headlights (S) | 15.00 |
| Following and Stopping Distances | 15.00 |
| 10 Hour Rule | 15.00 |
| Beefing Up the Safety Department | 15.00 |
| Driving and Surviving | 15.00 |



**D&A Consultants, Inc.**
Truck Accident and Safety Consulting

Fees for Services
6125 East Indian School Road, Suite 2000
Scottsdale, Arizona 85251
(602) 277-1979 Telephone (602) 277-1978 Facsimile

| | Testimony | Case Work | Travel |
|---|---|---|---|
| Donald L. Asa<br>Heavy Vehicle Specialist | $325 | $325 | $175 |
| Victor E. Holloman, P.E.<br>Accident Reconstruction, Failure Analysis, Mechanical Analysis | $928<br>(Minimum) | $232 | $232 |
| Kerry V. Nelson<br>Heavy Vehicle Specialist, ACTAR Accredited Traffic Accident Reconstructionist | $250 | $250 | $150 |
| Jack Hart<br>Heavy Vehicle Specialist, Compliance Expert | $150 | $150 | $100 |
| Roger Allen<br>Bus Transportation Specialist | $200 | $200 | $150 |
| Phillip Smith<br>ASE Master Medium/Heavy Truck Technician | $250 | $250 | $150 |
| Suzanne Webb, M.S., E.I.T.<br>Master of Science, Transportation Engineering | $200 | $200 | $150 |
| Diane Kluttz<br>Operations Manager/Administrative Assistant to Donald Asa | | $75 | |
| Dana Asa<br>Records Auditing, Research, Case Assistance | | $75 | |

Expenses are itemized and billed at cost, use of personal vehicle $.50 per mile
Charges are billed monthly