United States District Court
Southern District of Texas
ENTERED
JUL 1 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA<br>Plaintiff | § § § | |
| VS. | § § § | CIVIL ACTION NUMBER |
| GREGORY HAMMOND D/B/A<br>HAMMOND TRUCKING AND MELVIN<br>JEAN COOK<br>Defendants | § § § § § § | B-03-203<br>(636(c)) |

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS

On this day, came to be considered Defendant's Motion for Extension of Time to Designate Experts. After considering the pleadings on file, the Motion is in all things GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that Defendant shall designate experts by  August 15, 2004  .

SIGNED this  12th  day of  July , 2004.

Felix Recio
United States Magistrate Judge