IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAMUEL ROBERTO LONGORIA<br>    Plaintiff | §<br>§<br>§ |
| VS. | §<br>§ |
| GREGORY HAMMOND D/B/A<br>HAMMOND TRUCKING AND MELVIN<br>JEAN COOK<br>    Defendants | §  CIVIL ACTION NO. B-03-203<br>§<br>§  (Jury Requested)<br>§<br>§<br>§ |

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

## DEFENDANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERTS

COMES NOW, Defendant, Gregory Hammond d/b/a Hammond Trucking and files this his Second Motion for Extension of Time to Designate Experts and would show unto the court the following:

I.

1. This motion is being filed promptly prior to the expiration of the deadline extended by their last motion. Defendant also requests a hearing on the motion as soon as possible.

2. Defendant has not yet had the opportunity to take the deposition of the Plaintiff. That deposition is tentatively scheduled to occur in the second week of August. Further, Plaintiff has not received all the medical records of the Plaintiff. Without the plaintiff's deposition testimony and complete medical records, Defendant is unable to determine whether or not a medical expert will be needed to refute Plaintiff's experts or Plaintiff's testimony.

3. Based on this information, Defendant cannot reasonably designate experts to review or refute experts designated by Plaintiff. Defendant has not had time for experts to review the

information provided by the Plaintiff. As such, Defendants request a 30 day extension to designate experts regarding Plaintiff's alleged injuries and damages.

4. Moreover, an extension of time is needed to determine if an accident reconstructionist is needed. Plaintiff has not designated such a person. However, should Plaintiff do so, Defendant will need additional time to review such information and refute the information, if necessary, with his own expert.

5. In addition, Plaintiff is making a claim for lost wages. Defendant anticipates needing an expert to refute Plaintiff's claim. At this time, Defendant has not received any documents from Plaintiff which support his claim for lost wages. Additionally, Defendant has not received an expert report from Plaintiff which relates to Plaintiff's claim for lost wages. Defendant requests an additional 30 days after Plaintiff produces documents relating to lost wages and after Plaintiff produces it own expert report to designate an expert to testify as to lost wages.

6. Finally, Plaintiff has designated a trucking expert, but has not produced an expert report. Defendant will not know if it needs a trucking expert to refute the Plaintiff's trucking expert until it has an opportunity to review the report of Plaintiff's expert. As such, Defendant requests a 30 day extension to designate experts.

II.

Wherefore, Premises Considered, Defendant prays that the court grant the relief requested above. Defendants also pray for general relief.

        Respectfully submitted,

        */s/ Larance*

LYNSE S. LARANCE
Federal Bar No. 31319
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78501
(956) 687-8203 Telephone
(956) 630-6570 Facsimile
ATTORNEY FOR DEFENDANT

CERTIFICATE OF CONFERENCE

I, the undersigned, certify that I have spoken to the Plaintiff's counsel and he is unopposed to this motion.

_____
LYNSE S. LARANCE

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 29th day of July, 2004:

David Sanchez
COWEN & BODEN, P.C.
520 E. Levee Street
Brownsville, Texas 78520
VIA CM RRR

_____
LYNSE S. LARANCE