2⁴

United States District Court
Southern District of Texas
FILED

AUG 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-203 |
| GREGORY HAMMOND D/B/A | § | |
| HAMMOND TRUCKING AND MELVIN | § | (Jury Requested) |
| JEAN COOK | § | |
| Defendants | § | |
| | § | |

JOINT MOTION FOR EXTENSION
OF TIME TO COMPLETE DISCOVERY

COMES NOW, Plaintiff, Samuel Roberto Longoria and Defendant, Gregory Hammond d/b/a Hammond Trucking and file this Joint Motion for Extension of Time to Complete Discovery and would show unto the court the following:

I.

1. This motion is being filed promptly prior to the expiration of the deadline extended by their last motion.  Defendant also requests a hearing on the motion as soon as possible.

2. Plaintiff has recently disclosed treating physicians. Defendant needs additional time to obtain medical records and possibly depositions of these physicians before the completion of discovery.

3. Plaintiff needs additional time to acquire records relating to their claim for damages.

As such, both parties request an additional 60 days to complete discovery.

II.

Wherefore, Premises Considered, Plaintiff and Defendant pray

that the court grant the relief requested above.  Plaintiff and
Defendant also pray for general relief.

                              Respectfully submitted,


                              David Sanchez
                              Federal Bar No. 25271
                              520 E. Levee Street
                              Brownsville, TX 78520
                              (956) 541-4981 Telephone
                              (956) 504-3674 Facsimile
                              Attorney for Plaintiff


                              LYNSE S. LARANCE
                              Federal Bar No. 31319
                              P.O. Drawer 2285
                              710 Laurel
                              McAllen, Texas 78501
                              (956) 687-8203 Telephone
                              (956) 630-6570 Facsimile
                              ATTORNEY FOR DEFENDANT
                              GREGORY   HAMMOND   D/B/A   HAMMOND
                              TRUCKING

## CERTIFICATE OF CONFERENCE

I, the undersigned, certify that I have spoken to the Plaintiff's counsel and he joins in this motion.  Therefore, he is unopposed.

LYNSE S. LARANCE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on opposing counsel on this the 13th day of August , 2004:

    David Sanchez
    COWEN & BODEN, P.C.
    520 E. Levee Street
    Brownsville, Texas 78520
    VIA HAND DELIVERY

LYNSE S. LARANCE