UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA<br>Plaintiff | § § § § | |
| VS. | § § | CIVIL ACTION NUMBER<br><br>B-03-203 |
| GREGORY HAMMOND D/B/A<br>HAMMOND TRUCKING AND<br>MELVIN JEAN COOK<br>Defendants | § § § § | |

## JOINT MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff and Defendants and file this Joint Motion for Dismissal and would show to the court as follows:

I.

The parties entered into an oral settlement agreement on November 18, 2004. A written agreement is forthcoming. Said agreement fully settles and compromises all claims between the parties. Therefore all parties request that the above referenced case be dismissed with prejudice to refiling same.

WHEREFORE Plaintiff and Defendants request that the court sign its Order Granting Dismissal.

Respectfully submitted,

BY: *David Sanchez*

David Sanchez
State Bar No. 24013451
Federal ID No.25271
Cowen & Bodden, P.C.
520 E. Levee Street
Brownsville, TX 78520
Telephone (956) 541-4981
Facsimile   (956) 504-3674
Attorney for Plaintiff,
Samuel Longoria

BY: *L Guerra*

Lynse Larance Guerra
State Bar No. 24032533
Federal I.D. No. 31319
SKAGGS & GONZALES, L.L.P.
710 Laurel
P.O. Drawer 2285
McAllen, Texas 78502-2285
(956) 687-8203
(956) 630-6570 fax
Attorneys for Defendant,
Gregory Hammond d/b/a Hammond Trucking

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Joint Motion for Dismissal Pursuant to Federal Rule Of Civil Procedure 41 has been duly served upon all counsel of record, by Certified Mail, Return Receipt Requested and/or facsimile transmittal and/or hand delivery on this 15th day of December, 2004.

David A. Sanchez
Cowen & Bodden, P.C.
520 E. Levee Street
Brownsville, TX 78520
Via Facsimile

*L Guerra*
Lynse Larance Guerra

## CERTIFICATE OF CONFERENCE

I hereby represent that all parties have agreed to the foregoing Motion.

*[signature]*
Lynse Larance Guerra