UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SAMUEL ROBERTO LONGORIA | § | |
| Plaintiff | § | |
| | § | |
| | § | CIVIL ACTION NUMBER |
| VS. | § | |
| | § | B-03-203 |
| GREGORY HAMMOND D/B/A | § | (636(c)) |
| HAMMOND TRUCKING AND | § | |
| MELVIN JEAN COOK | § | |
| Defendants | § | |

## JOINT ORDER OF DISMISSAL

On this day, came to be considered the dismissal of the above reference cause. As all parties have stipulated to and agreed to the Dismissal,

IT IS ORDERED, ADJUDICATED AND DECREED that the foregoing cause of action is hereby dismissed with prejudice to refiling of same. Court costs will be assessed against the party incurring same.

SIGNED on this 17th day of December, 2004.

U.S. Magistrate Judge

Agreed by:

David Sanchez, FBN 25271, Attorney for Plaintiff

Lynse Larance Guerra, FBB 31319, Attorney for Defendant

